# United States Court of Appeals for the Federal Circuit

————————————

October 11, 2018

**ERRATUM**

————————————

Appeal No. 2017-1690

**ROCHE MOLECULAR SYSTEMS, INC.,**
*Plaintiff-Appellant*

**v.**

**CEPHEID,**
*Defendant-Appellee*

Decided: October 9, 2018
Precedential Opinion

————————————

2017-1690

————————————

The following change was made to Judge O'Malley's concurrence:

Page 6, line 37, added "not" after "does."